**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CLARENCE D. SCHREANE,

    Petitioner,

    v.

UNITED STATES OF AMERICA, *et al*.,

    Respondents.

CIVIL ACTION NO. 3:CV-13-1643

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this 18th day of September, 2013, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED in its entirety**.

(2) Petitioner Clarence D. Schreane's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to move the appropriate court of appeals for an order authorizing the district court to consider a successive § 2255 motion pursuant to 28 U.S.C. § 2244(b)(3)(A).

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                        /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge